| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 / REMAND |
|---|---|

CIVIL MINUTES - GENERAL

| Case No. | CV 15-47-DMG (PJWx) | Date | February 3, 2015 |
|---|---|---|---|
| Title | Herman Yee v. Joseph Picou, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS  -  ORDER REMANDING ACTION TO STATE COURT

On January 9, 2015, the Court ordered Defendant Joseph Picou to show cause in writing, no later than January 23, 2015, why the above-entitled action should not be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction.  To date, Defendant Joseph Picou has not filed a response.

Accordingly, good cause appearing, the Court **REMANDS** this action to the Los Angeles County Superior Court.

IT IS SO ORDERED.